

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

Michael Montgomery

                **Plaintiff,**

    V.

Wal-Mart Stores, Inc. et al

                **Defendant.**

**FILED**
2/13/2013
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY:　　　　S. Tweedle , Deputy

**Civil No.** 12-cv-03057-L-WVG

**STRICKEN DOCUMENT:**

**Per Order #     10**

7