

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Montgomery | FILED |
| | 2/13/2013 |
| Plaintiff, | CLERK U.S. DISTRICT COURT |
| V. | SOUTHERN DISTRICT OF CALIFORNIA |
| Wal-Mart Stores, Inc. et al | BY:      S. Tweedle  , Deputy |
| Defendant. | Civil No.  12-cv-03057-L-WVG |

STRICKEN DOCUMENT:

Per Order #    10

8