

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

Michael Montgomery

**Plaintiff,**

**V.**

Wal-Mart Stores, Inc. et al

**Defendant.**

**FILED**

2/13/2013

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY:           S. Tweedle  , Deputy

**Civil No.**  12-cv-03057-L-WVG

**STRICKEN DOCUMENT:**

**Per Order #     10**

9