UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES AND ORDER THEREON

CASE NO.: 12-cv-03057-L-WVG    CASE TITLE: Montgomery v. Wal-Mart Stores, Inc. et al
E-FILED DATE: 2/13/2013    DOCKET NO.: 7; 8; 9
DOCUMENT TITLE: Summons Returned Executed
DOCUMENT FILED BY: Plaintiff Montgomery

Upon the electronic filing of the above referenced document(s), the following discrepancies are noted:

|   | Civil Local Rule or Electronic Case Filing Administrative Policies and Procedures Manual provision ("ECF") | Discrepancy |
|---|---|---|
| X | | |
|   | ECF § 2(h) | Includes a proposed order or requires judge's signature |
|   | ECF § 2(a), (g) | Docket entry does not accurately reflect the document(s) filed |
|   | ECF § 2(g) | Multiple pleadings in one docket entry not separated out as attachments |
|   | ECF § 2(f) | Lacking signature certification on Joint Motion |
|   | Civ. L. Rule 5.1 | Missing Case Number |
|   | Civ. L. Rule 7.1 or 47.1 or Crim. L. Rule 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
|   | Civ. L. Rule 7.1 or 47.1 or Crim. L. Rule 47.1 | Lacking memorandum of points and authorities in support as a separate document |
|   | Civ. L. Rule 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| X | OTHER: | Incorrect Filer Selected |
|   | ECF § 2(k) | Exhibits not properly Filed as attachment to the document |
| X | OTHER: | Served Party (Defendant to the action) not noted in document |

**IT IS HEREBY ORDERED**:

|   |   |
|---|---|
|   | The document is accepted despite the discrepancy noted above. Any further non-compliant documents may be stricken from the record. |
| X | The document is rejected. It is ordered that the Clerk **STRIKE** the document from the record, and serve a copy of this order on all parties. |

Counsel is advised that any further failure to comply with the Local Rules or Electronic Case Filing Administrative Policies and Procedures Manual may lead to penalties pursuant to Civil Local Rule 83.1.

DATED: February 13, 2013

_____
M. James Lorenz
United States District Court Judge