UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MONTGOMERY,<br><br>       Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC., *et al.*,<br><br>       Defendants. | Case No. 12-cv-3057-L(WVG)<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT [DOC. 16]** |

    Pending before the Court is the parties' joint motion for an extension of time for Defendant Wal-Mart Stores, Inc. ("Wal-Mart") to respond to the complaint. Having read and considered the moving papers, and good cause appearing, the Court **GRANTS** the motion. (Doc. 16.) Accordingly, Wal-Mart has until **March 27, 2013** to respond to the complaint.

    **IT IS SO ORDERED.**

DATED: February 19, 2013

                                                                M. James Lorenz<br>
                                                                 United States District Court Judge