UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MONTGOMERY,<br><br>    Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC., *et al.*,<br><br>    Defendants. | Case No. 12-cv-3057-L(WVG)<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT [DOC. 30]** |

    Pending before the Court is the parties' joint motion for an extension of time for Defendant Home Depot U.S.A., Inc. ("Home Depot") to respond to the complaint. Having read and considered the moving papers, and good cause appearing, the Court **GRANTS** the motion. (Doc. 30.) Accordingly, Home Depot has until **March 27, 2013** to respond to the complaint.

    **IT IS SO ORDERED.**

DATED: February 26, 2013

                                          M. James Lorenz<br>                                          United States District Court Judge