# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Michael Montgomery

                         Plaintiff,

v.

Wal-Mart Stores, Inc. et al

                        Defendant.

Case No. 12-cv-03057-L-WVG

2013 FEB 28 PM 3:59

**REPORT OF CLERK AND ORDER OF TRANSFER PURSUANT TO "LOW-NUMBER" RULE**

## REPORT OF CLERK PURSUANT TO LOW NUMBER RULE

Re: "Low-Numbered Case No.: 11-cv-00999-JLS-DHB

Title: Montgomery et al v. Blitz U.S.A., Inc. et al

Nature of Case: Personal Inj. Prod. Liability

The above "low-numbered" case and the present case appear:

- [x] (1) to arise from the same or substantially identical transactions, happenings or events; or
- [x] (2) involve the same or substantially the same parties or property; or
- [ ] (3) involve the same patent or trademark or different patents or trademarks covering the same or substantially identical things; or
- [x] (4) call for determination of the same or substantially identical questions of law; or
- [ ] (5) where a case is refiled within one year of having previously been terminated by the Court; or
- [x] (6) for other reasons would entail unnecessay duplication of labor if heard by different judges.

**New Case #:** 12-cv-03057-JLS-DHB

This case was transferred pursuant to the Low-Number Rule. The related cases have been assigned to the same judge and magistrate judge but they are NOT CONSOLIDATED at this point; all pleadings must still be filed separately in each case.

**W. Samuel Hamrick, Jr.**, Clerk of Court,

Dated: 2/22/13     By: s/ S. Tweedle

                                                     S. Tweedle, Deputy

## ORDER OF TRANSFER PURSUANT TO "LOW-NUMBER" RULE

I hereby consent to transfer of the above-entitled case to my calendar pursuant to Local Rule 40.1, Transfer of Civil Cases under "Low-Number" Rule.

Dated: 2/26/13

                                               Janis L. Sammartino
                                             United States District Judge

It appearing that the above-entitled case is properly transferable in accordance with the provisions of the Low-Number Rule, IT IS HEREBY ORDERED that this case is transferred to the calendar of Judge Janis L. Sammartino and Magistrate Judge Judge David H. Bartick for all further proceedings.

Dated: 2/28/13

                                               M. James Lorenz
                                           United States District Judge