Patricia P. Hollenbeck (SBN 121765)
Rebecca G. Church (SBN 259652)
**DUANE MORRIS LLP**
750 B Street, Suite 2900
San Diego, CA 92101-4681
Telephone:  (619) 744-2200
Facsimile:   (619) 744-2201
E-mail:        phollenbeck@duanemorris.com
                   rchurch@duanemorris.com

David E. Jones (*admitted pro hac vice*)
**LOGAN & LOWRY, LLP**
102 East Third Street
P.O. Box 452469
Grove, Oklahoma 74345
Telephone:  (918) 786-7511
Facsimile:   (918) 786-5687
E-mail:        djones@loganlowry.com

Attorneys for JOHN ELMBURG, ROBERT ELMBURG, ERIC ELMBURG, ROCKY FLICK, CRESTWOOD HOLDINGS, INC. and BERGAN, LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MONTGOMERY,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC.; KINDERHOOK INDUSTRIES II, L.P.; KINDERHOOK INDUSTRIES, L.L.C.; KINDERHOOK CAPITAL FUND II, L.P.; CRESTWOOD HOLDINGS, INC.; BERGAN, L.L.C.; JOHN ELMBURG; ROBERT ELMBURG; ERIC ELMBURG; ROCKY FLICK; HOME DEPOT U.S.A., INC.; DOES 1 through 20 inclusive,<br><br>Defendants. | Case No.: 12CV3057 JLS (DHB)<br><br>**DECLARATION OF ERIC ELMBURG, MANAGER OF BERGAN, LLC IN SUPPORT MOTION TO DISMISS FOR LACK OF STANDING (12(B)(1)) AND FAILURE TO STATE A CLAIM (12(B)(6))**<br><br>Date: April 11, 2013<br>Time: 1:30 p.m.<br>Ctrm: 3B<br>Judge: Hon. Janis L. Sammartino |

I, Eric Elmburg, declare as follows:

1. The statements made in this declaration are based upon my personal knowledge, except where states upon information and belief, and if called to testify with regard to the same, I could do so competently.

2. Bergan, LLC, ("Bergan") is an Oklahoma limited liability company. I am a manager of Bergan.

3. In 2002, the year of the Montgomery incident, I was a minority stockholder of Blitz U.S.A., Inc., an Oklahoma corporation ("Blitz").

4. In 2002, Blitz sold pet products and automotive products, including gasoline containers.

5. On October 1, 2006, Blitz spun off its pet division in a Type D tax –free reorganization pursuant to I.R.C. § 368(a)(1)(D).

6. Following the spinoff, Blitz and Bergan were separate entities, each owned by the parent company, Crestwood Holdings, Inc., an Oklahoma corporation ("Crestwood Holdings").

7. On September 21, 2007, Crestwood Holdings sold 100% of the Blitz stock to Blitz Acquisitions, a Delaware limited liability company, an entity completely unrelated to Bergan and Crestwood Holdings.

8. Following Crestwood Holdings' sale of Blitz stock to Blitz Acquisitions, Bergan and Blitz were not affiliated entities.

9. On November 6, 2011, Blitz and Blitz Acquisitions filed for bankruptcy protection under Chapter 11 in the matter styled: *In re: Blitz U.S.A., Inc. et al.*, United States Bankruptcy Court for the District of Delaware, Case No. 11-13603-PJW. Such bankruptcy action is currently pending.

I declare under penalty of perjury that the foregoing is true and correct, except for those matters stated on information and belief and as to those, I believe them to be true.

DM1\3737411.1

DECLARATION OF ERIC ELMBURG, MANAGER OF BERGAN, LLC

12CV3057 JLS (DHB)

Executed on this 5th day of March, 2013 at Monkey Island, Oklahoma.

_____
Eric Elmburg, manager of Bergan, LLC

DM1\3737411.1

DECLARATION OF ERIC ELMBURG, MANAGER OF BERGAN, LLC