Patricia P. Hollenbeck (SBN 121765)
Rebecca G. Church (SBN 259652)
**DUANE MORRIS LLP**
750 B Street, Suite 2900
San Diego, CA 92101-4681
Telephone:  (619) 744-2200
Facsimile:  (619) 744-2201
E-mail:    phollenbeck@duanemorris.com
           rchurch@duanemorris.com

David E. Jones (*admitted pro hac vice*)
**LOGAN & LOWRY, LLP**
102 East Third Street
P.O. Box 452469
Grove, Oklahoma 74345
Telephone:  (918) 786-7511
Facsimile:  (918) 786-5687
E-mail:    djones@loganlowry.com

Attorneys for JOHN ELMBURG, ROBERT ELMBURG, ERIC ELMBURG, ROCKY FLICK, CRESTWOOD HOLDINGS, INC. and BERGAN, LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MONTGOMERY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>WAL-MART STORES, INC.; KINDERHOOK INDUSTRIES II, L.P.; KINDERHOOK INDUSTRIES, L.L.C.; KINDERHOOK CAPITAL FUND II, L.P.; CRESTWOOD HOLDINGS, INC.; BERGAN, L.L.C.; JOHN ELMBURG; ROBERT ELMBURG; ERIC ELMBURG; ROCKY FLICK; HOME DEPOT U.S.A., INC.; DOES 1 through 20 inclusive,<br><br>　　　　　Defendants. | Case No.: 12CV3057 JLS (DHB)<br><br>**DECLARATION OF ROBERT ELMBURG, PRESIDENT OF CRESTWOOD HOLDINGS, INC., IN SUPPORT MOTION TO DISMISS FOR LACK OF STANDING (12(B)(1)), LACK OF PERSONAL JURISDICTION (12(B)(2)), AND FAILURE TO STATE A CLAIM (12(B)(6))**<br><br>Date:　April 11, 2013<br>Time:　1:30 p.m.<br>Ctrm:　3B<br>Judge:　Hon. Janis L. Sammartino |

I, Robert Elmburg, declare as follows:

1. The statements made in this declaration are based upon my personal knowledge, except where states upon information and belief, and if called to testify with regard to the same, I could do so competently.

2. At all relevant time to this matter, I have been the President of Crestwood Holdings, Inc., ("Crestwood Holdings") an Oklahoma corporation.

3. In 2002, the year of the Montgomery incident, Blitz U.S.A., Inc. ("Blitz") manufactured pet products and automotive products, including gasoline containers.

4. In 2002, Blitz was a family business owned by the Elmburg family. John Elmburg and his wife owned a majority interest in Blitz, and their sons, Eric and I, owned a minority interest.

5. On October 2, 2005, the Elmburg family each transferred our Blitz stock in exchange for a like number of shares in Crestwood Holdings. Following this transfer, John Elmburg and his wife owned a majority interest in Crestwood Holdings and Eric and I owned a minority interest. Following this transfer, the Elmburg family owned all issued and outstanding stock of Crestwood Holdings, and Crestwood Holdings owned all issued and outstanding stock of Blitz.

6. On September 21, 2007, Crestwood Holdings sold 100% of the Blitz stock to Blitz Acquisitions, LLC, ("Blitz Acquisitions") a Delaware limited liability company, and an entity unrelated to Crestwood Holdings. From and after September 21, 2007, Crestwood Holdings held neither a direct nor indirect ownership interest in Blitz.

7. Crestwood Holdings has never manufactured or sold gasoline containers.

8. Crestwood Holdings has never manufactured products and has never injected any product into the stream of commerce with an expectation that such product will be sold in California.

9. Crestwood Holdings makes no sales in California, has no California employees, does not solicit or engage in business in California, has no registered agent

in California, and is not registered in California as a foreign corporation.

10.  On November 6, 2011, Blitz and Blitz Acquisitions filed for bankruptcy protection under Chapter 11 in the matter styled: *In re: Blitz U.S.A., Inc. et al.*, United States Bankruptcy Court for the District of Delaware, Case No. 11-13603-PJW. Such bankruptcy action is currently pending.

I declare under penalty of perjury that the foregoing is true and correct, except for those matters stated on information and belief and as to those, I believe them to be true.

Executed on this 5th day of March, 2013 at Monkey Island, Oklahoma.

_____
Robert Elmburg, President of
Crestwood Holdings, Inc.