Patricia P. Hollenbeck (SBN 121765)
Rebecca G. Church (SBN 259652)
**DUANE MORRIS LLP**
750 B Street, Suite 2900
San Diego, CA 92101-4681
Telephone:  (619) 744-2200
Facsimile:   (619) 744-2201
E-mail:      phollenbeck@duanemorris.com
             rchurch@duanemorris.com

David E. Jones (*admitted pro hac vice*)
**LOGAN & LOWRY, LLP**
102 East Third Street
P.O. Box 452469
Grove, Oklahoma 74345
Telephone:  (918) 786-7511
Facsimile:   (918) 786-5687
E-mail:      djones@loganlowry.com

Attorneys for JOHN ELMBURG, ROBERT ELMBURG, ERIC ELMBURG, ROCKY FLICK, CRESTWOOD HOLDINGS, INC. and BERGAN, LLC

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MONTGOMERY,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC.; KINDERHOOK INDUSTRIES II, L.P.; KINDERHOOK INDUSTRIES, L.L.C.; KINDERHOOK CAPITAL FUND II, L.P.; CRESTWOOD HOLDINGS, INC.; BERGAN, L.L.C.; JOHN ELMBURG; ROBERT ELMBURG; ERIC ELMBURG; ROCKY FLICK; HOME DEPOT U.S.A., INC.; DOES 1 through 20 inclusive,<br><br>Defendants. | Case No.: 12CV3057 JLS (DHB)<br><br>**DEFENDANTS JOHN ELMBURG AND ERIC ELMBURG'S NOTICE OF MOTION AND MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION (12(B)(2)), LACK OF STANDING (12(B)(1)), FAILURE TO STATE A CLAIM (12(B)(6)) AND MOTION TO STRIKE (12(F))**<br><br>Date:    April 11, 2013<br>Time:   1:30 p.m.<br>Ctrm:   3B<br>Judge:  Hon. Janis L. Sammartino |

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE that on April 11, 2013, at 1:30 p.m., or as soon thereafter as this matter may be heard, in Courtroom 3B of the above Court, Defendants JOHN ELMBURG and ERIC ELMBURG (collectively, "Elmburgs") will and hereby does move the Court for an order dismissing the claims against him in the above styled action pursuant to pursuant to Fed. R. Civ. P. 12(b)(2) for lack of personal jurisdiction, Fed. R. Civ. P. 12(b)(1) for lack of standing, pursuant to 12(b)(6) for failure to state a claim, and for an order striking Plaintiff's claim for punitive damages and for attorneys' fees and costs pursuant to Fed. R. Civ. P. 12(f).

Elmburgs' motion is based upon this Notice and Motion and the accompanying Memorandum of Points and Authorities, the Declaration of John Elmburg, the Declaration of Eric Elmburg, and the pleadings and other papers on file with the Court.

Dated: March 6, 2013

**DUANE MORRIS LLP**

By:      */s/ Patricia Hollenbeck*
Patricia P. Hollenbeck
Rebecca G. Church
David E. Jones
Attorneys for JOHN ELMBURG, ROBERT ELMBURG, ERIC ELMBURG, and ROCKY FLICK