Patricia P. Hollenbeck (SBN 121765)
Rebecca G. Church (SBN 259652)
**DUANE MORRIS LLP**
750 B Street, Suite 2900
San Diego, CA 92101-4681
Telephone:  (619) 744-2200
Facsimile:  (619) 744-2201
E-mail:  phollenbeck@duanemorris.com
         rchurch@duanemorris.com

David E. Jones (*admitted pro hac vice*)
**LOGAN & LOWRY, LLP**
102 East Third Street
P.O. Box 452469
Grove, Oklahoma 74345
Telephone:  (918) 786-7511
Facsimile:  (918) 786-5687
E-mail:  djones@loganlowry.com

Attorneys for JOHN ELMBURG, ROBERT ELMBURG, ERIC ELMBURG, ROCKY FLICK, CRESTWOOD HOLDINGS, INC. and BERGAN, LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MONTGOMERY, <br><br> Plaintiff, <br><br> v. <br><br> WAL-MART STORES, INC.; KINDERHOOK INDUSTRIES II, L.P.; KINDERHOOK INDUSTRIES, L.L.C.; KINDERHOOK CAPITAL FUND II, L.P.; CRESTWOOD HOLDINGS, INC.; BERGAN, L.L.C.; JOHN ELMBURG; ROBERT ELMBURG; ERIC ELMBURG; ROCKY FLICK; HOME DEPOT U.S.A., INC.; DOES 1 through 20 inclusive, <br><br> Defendants. | Case No.: 12CV3057 JLS (DHB) <br><br> **DECLARATION OF ERIC ELMBURG IN SUPPORT MOTION TO DISMISS FOR LACK OF STANDING (12(B)(1)), LACK OF PERSONAL JURISDICTION (12(B)(2)), AND FAILURE TO STATE A CLAIM (12(B)(6))** <br><br> Date:  April 11, 2013 <br> Time:  1:30 p.m. <br> Ctrm:  3B <br> Judge:  Hon. Janis L. Sammartino |

I, Eric Elmburg, declare as follows:

1. The statements made in this declaration are based upon my personal knowledge, except where states upon information and belief, and if called to testify with regard to the same, I could do so competently.

2. At all relevant time to this matter, I have been a resident of Oklahoma.

3. At all relevant time to this matter, I have not owned real or personal property located in California.

4. At all relevant time to this matter, I have not engaged in business in California.

5. I have never manufactured or sold gasoline containers.

6. I have never manufactured products.

7. I have never injected any product into the stream of commerce with an expectation that such product will be sold in California.

8. Over my lifetime, I have been to California on a limited number of business and personal trips.

9. Blitz U.S.A., Inc., ("Blitz") is an Oklahoma corporation. At all relevant time to this matter, Blitz's manufacturing facility was located in Miami, Oklahoma. On June 20, 2002, the date of the Montgomery occurrence, Blitz manufactured products in the automotive and pet industry.

10. From 1977 through October 3, 2005, I owned a minority interest in Blitz.

11. On October 3, 2005, all Blitz shareholders transferred their shares in Blitz to Crestwood Holdings, Inc., an Oklahoma corporation ("Crestwood Holdings"), in exchange for a like number of shares in Crestwood Holdings. After such transfer, Crestwood Holdings was the parent of Blitz, and I owned a minority interest in Crestwood Holdings.

12. Effective October 1, 2006, Blitz spun off its pet division to Bergan, LLC, an Oklahoma limited liability company ("Bergan"). After the spinoff, Blitz and

Bergan were sister entities, each owned by the parent Crestwood.

13. In an arm's length transaction on September 21, 2007, Crestwood sold 100% of the Blitz stock to Blitz Acquisitions, LLC, a Delaware limited liability company ("Blitz Acquisitions"). Crestwood, Bergan, and I are unaffiliated with Blitz Acquisitions.

14. Following Crestwood Holding's September 21, 2007, sale of Blitz stock to Blitz Acquisitions, I remained a minority stockholder of Crestwood Holdings.

15. From and after September 21, 2007, I had neither a direct nor indirect ownership interest in Blitz.

16. On November 6, 2011, Blitz and Blitz Acquisitions filed for bankruptcy protection under Chapter 11 in the matter styled: *In re: Blitz U.S.A., Inc. et al.*, United States Bankruptcy Court for the District of Delaware, Case No. 11-13603-PJW. Such bankruptcy action is currently pending.

I declare under penalty of perjury that the foregoing is true and correct, except for those matters stated on information and belief and as to those, I believe them to be true.

Executed on this 5th day of March, 2013 at Monkey Island, Oklahoma.

_____
Eric Elmburg

DM1\3737411.1

DECLARATION OF ERIC ELMBURG