# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MONTGOMERY,<br><br>                     Plaintiff,<br>vs.<br><br>WAL-MART STORES, INC.; KINDERHOOK INDUSTRIES II, L.P.; KINDERHOOK INDUSTRIES, L.L.C.; KINDERHOOK CAPITAL FUND II, L.P.; CRESTWOOD HOLDINGS, INC.; BERGAN, L.L.C.; JOHN ELMBURG; ROBERT ELMBURG; ERIC ELMBURG; ROCKY FLICK; HOME DEPOT U.S.A., INC.; DOES 1 through 20, inclusive,<br><br>                     Defendants. | CASE NO. 12CV3057 JLS (DHB)<br><br>**ORDER (1) RESETTING MOTION HEARINGS; AND (2) SETTING BRIEFING SCHEDULES**<br><br>(ECF Nos. 29, 31, 40, 41, 42) |

      Presently before the Court are Defendant Robert Elmburg's Motion to Dismiss for Lack of Personal Jurisdiction (12(B)(2)), Lack of Standing (12(B)(1)), Failure to State a Claim (12(B)(6)), and Motion to Strike (12(F)) (ECF No. 29); and Defendant Rocky Flick's Motion to Dismiss for Lack of Personal Jurisdiction (12(B)(2)), Lack of Standing (12(B)(1)), Failure to State a Claim (12(B)(6)), and Motion to Strike (12(F)). (ECF No. 31). A hearing on the motions is currently set for April 2, 2013. The Court **HEREBY RESETS** the hearing for Thursday, April 11, 2013, at 1:30 p.m.

      Also before the Court are Defendant Bergan, LLC's Motion to Dismiss for Lack

of Standing (12(B)(1)), Failure to State a Claim (12(B)(6)), and Motion to Strike (12(F)) (ECF No. 40); Defendant Crestwood Holdings, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction (12(B)(2)), Lack of Standing (12(B)(1)), Failure to State a Claim (12(B)(6)) and Motion to Strike (12(F)) (ECF No. 41); and Defendants John Elmburg and Eric Elmburg's Motion to Dismiss for Lack of Personal Jurisdiction (12(B)(2)), Lack of Standing (12(B)(1)), Failure to State a Claim (12(B)(6)), and Motion to Strike (12(F)) (ECF No. 42). A hearing on the motions is currently set for April 11, 2013. The Court **HEREBY SETS** the following briefing deadlines for all five motions before the Court: Plaintiff Michael Montgomery **SHALL FILE** an opposition on, or before, March 28, 2013. Defendants **SHALL FILE** a reply, if they wish, on or before, April 4, 2013.

**IT IS SO ORDERED**.

DATED: March 20, 2013

Honorable Janis L. Sammartino
United States District Judge