FRESHFIELDS BRUCKHAUS DERINGER US LLP
  Timothy P. Harkness (admitted *pro hac vice*)
  Timothy.harkness@freshfields.com
  Pamila Gudkov (admitted *pro hac vice*)
  Mila.gudkov@freshfields.com
601 Lexington Avenue, 31st Floor
New York, NY 10022
Tel:  (212) 277-4000
Fax:  (212) 277-4001

Frank J. Polek (State Bar No. 167852)
frank@poleklaw.com
701 B Street, Suite 1110
San Diego, CA 92101
Telephone: 619-550-2455
Facsimile: 619-274-8166

Attorneys for Defendants Kinderhook
Industries II, LP; Kinderhook Industries,
LLC; and Kinderhook Capital Fund II, LP

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MONTGOMERY,<br><br>Plaintiff,<br><br>vs.<br><br>WAL-MART STORES, INC.; KINDERHOOK INDUSTRIES II, LP; KINDERHOOK INDUSTRIES, LLC; KINDERHOOK CAPITAL FUND II, LP; CRESTWOOD HOLDINGS, INC.; BERGAN, L.L.C.; JOHN ELMBURG; ROBERT ELMBURG; ERIC ELMBURG; ROCKY FLICK; HOME DEPOT U.S.A., INC.; and Does 1 through 20, inclusive,<br><br>Defendants. | Case No. 12-CV-3057-JLS-DHB<br><br>**NOTICE OF MOTION AND MOTION OF DEFENDANTS KINDERHOOK CAPITAL FUND II, L.P., KINDERHOOK INDUSTRIES II, L.P., AND KINDERHOOK INDUSTRIES, LLC TO DISMISS OR, IN THE ALTERNATIVE, STAY**<br><br>DATE:  May 2, 2013<br>TIME:  1:30 p.m.<br>JUDGE:  Hon. Janis L. Sammartino<br>CTRM:  3B |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on Thursday, May 2, 2013, at 1:30 p.m., in Courtroom 3B of the United States District Court for the Southern District of California, located at 333 West Broadway, San Diego, California 92101, the Honorable Janis L. Sammartino presiding, Defendants KINDERHOOK INDUSTRIES II, L.P., KINDERHOOK INDUSTRIES, LLC and KINDERHOOK CAPITAL FUND II, L.P. will move to dismiss the Complaint by Plaintiff MICHAEL MONTGOMERY for lack of standing, lack of personal jurisdiction, and failure to state a claim for relief or, in the alternative, for a stay.

This motion will be based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities in Support thereof, the accompanying Declaration of Louis Aurelio in Support thereof, any matters on which the Court may properly take judicial notice, and the complete records and files in this action.

Dated:  March 25, 2013

**FRESHFIELDS BRUCKHAUS DERINGER US LLP**

s/ Timothy P. Harkness
Timothy P. Harkness
Attorney for Defendants

**FRANK POLEK, ATTORNEY AT LAW**

s/ Frank J. Polek
Frank J. Polek
Attorney for Defendants