FRESHFIELDS BRUCKHAUS DERINGER US LLP
  Timothy P. Harkness (admitted *pro hac vice*)
  Timothy.harkness@freshfields.com
  Pamila Gudkov (admitted *pro hac vice*)
  Mila.gudkov@freshfields.com
601 Lexington Avenue, 31st Floor
New York, NY 10022
Tel:  (212) 277-4000
Fax:  (212) 277-4001

Frank J. Polek (State Bar No. 167852)
frank@poleklaw.com
701 B Street, Suite 1110
San Diego, CA 92101
Telephone: 619-550-2455
Facsimile: 619-274-8166

Attorneys for Defendants Kinderhook Industries II, LP; Kinderhook Industries, LLC; and Kinderhook Capital Fund II, LP

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MONTGOMERY,<br><br>Plaintiff,<br><br>vs.<br><br>WAL-MART STORES, INC.; KINDERHOOK INDUSTRIES II, LP; KINDERHOOK INDUSTRIES, LLC; KINDERHOOK CAPITAL FUND II, LP; CRESTWOOD HOLDINGS, INC.; BERGAN, L.L.C.; JOHN ELMBURG; ROBERT ELMBURG; ERIC ELMBURG; ROCKY FLICK; HOME DEPOT U.S.A., INC.; and Does 1 through 20, inclusive,<br><br>Defendants. | Case No. 12-CV-3057-JLS-DHB<br><br>**CERTIFICATE OF SERVICE**<br><br>JUDGE:  Hon. Janis L. Sammartino<br>CTRM:   3B |

# CERTIFICATE OF SERVICE

I am employed in the County of San Diego. I am over the age of eighteen years and not a party to the within entitled action. My business address is 701 B Street, Suite 1110, San Diego, CA 92101.

On March 25, 2013, I served the following document(s) described as:

**NOTICE OF MOTION AND MOTION OF DEFENDANTS KINDERHOOK CAPITAL FUND II, L.P., KINDERHOOK INDUSTRIES II, L.P., AND KINDERHOOK INDUSTRIES, LLC TO DISMISS OR, IN THE ALTERNATIVE, STAY**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS KINDERHOOK CAPITAL FUND II, L.P., KINDERHOOK INDUSTRIES II, L.P., AND KINDERHOOK INDUSTRIES, LLC'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, STAY**

**DECLARATION OF LOUIS AURELIO IN SUPPORT OF DEFENDANTS KINDERHOOK CAPITAL FUND II, L.P., KINDERHOOK INDUSTRIES II, L.P., AND KINDERHOOK INDUSTRIES, LLC'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, STAY**

on the interested party(ies) in this action as follows:

**BY CM/ECF NOTICE OF ELECTRONIC FILING** by causing such document(s) listed above to be served through this Court's electronic transmission facilities via the Notice of Electronic Filing (NEF) and hyperlink, to the parties and/or their counsel who are determined this date to be registered CMECF Users set forth in the service list obtained from this Court on the Electronic Mail Notice List. The following are those who are currently on the list to receive email notices for this case:

| | |
|---|---|
| David L. Shain<br>Ferguson Case Orr Paterson, LLP<br>dshain@fcoplaw.com and tmehan@fcoplaw.com | Attorney for Michael Montgomery |
| Diane M. Breneman<br>Breneman Dungan, LLC<br>db@litigationkc.com, suzen@litigationkc.com,<br>sd@litigationkc.com, and amy@litigationkc.com | Attorney for Michael Montgomery |
| Kenneth B. McClain<br>Humphrey Farrington & McCain, P.C.<br>kbm@hfmlegal.com | Attorney for Michael Montgomery |

| | |
|---|---|
| Stacey L. Dungam<br>Breneman Dungan, LLC<br>sd@litigationkc.com | Attorney for Michael Montgomery |
| Paul B. La Scala<br>Shook Hardy and Bacon<br>plascala@shb.com | Attorney for Wal-Mart Stores, Inc. |
| Pactricia Hollenbeck<br>Duane Morris LLP<br>phollenbeck@duanemorris.com and<br>cdarmijo@duanemorris.com | Attorney for Robert Elmburg |
| Rebecca G. Church<br>Duane Morris LLP<br>rchurch@duanemorris.com | Attorney for Robert Elmburg |
| Pavan Rosati<br>prosati@gnhllp.com, nsands@gnhllp.com<br>and cwalker@gnhllp.com | Attorney for Home Depot USA, Inc. |
| Timothy Harkness<br>Timothy.harkness@freshfields.com | Attorney for Kinderhook Defendants |
| Pamila Gudkov<br>Mila.gudkov@freshfields.com | Attorney for Kinderhook Defendants |

BY U.S. MAIL, by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail, at San Diego, California addressed as set forth below.

| | |
|---|---|
| David E. Jones<br>Logan & Lowry, LLP<br>102 East Third Street<br>PO BOX 452469<br>Grove, Oklahoma 74345 | Attorney for Robert Elmburg, Eric Elmburg and Rocky Flick |

I declare that I am a member of the bar of this Court.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 25th day of March 2013 at San Diego, California.

s/Frank J. Polek

Frank J. Polek