# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MONTGOMERY,<br><br>Plaintiff,<br><br>vs.<br><br>WAL-MART STORES, INC.; KINDERHOOK INDUSTRIES II, L.P.; KINDERHOOK INDUSTRIES, L.L.C.; KINDERHOOK CAPITAL FUND II, L.P.; CRESTWOOD HOLDINGS, INC.; BERGAN, L.L.C.; JOHN ELMBURG; ROBERT ELMBURG; ERIC ELMBURG; ROCKY FLICK; HOME DEPOT U.S.A., INC.; AND DOES 1 THROUGH 20, INCLUSIVE,<br><br>Defendants. | CASE NO. 12CV3057 JLS (DHB)<br><br>**ORDER (1) GRANTING JOINT MOTION TO SUSPEND ALL CASE ACTIVITY AS TO WAL-MART PENDING FINALIZATION OF SETTLEMENT; AND (2) GRANTING JOINT MOTION TO SUSPEND ALL CASE ACTIVITY AS TO DEFENDANT HOME DEPOT U.S.A., INC. PENDING POTENTIAL SETTLEMENT AND RESOLUTION OF ACTION**<br><br>(ECF No. 47, 48) |

Presently before the Court is Plaintiff Michael Montgomery ("Plaintiff") and Defendant Wal-Mart Stores, Inc.'s ("Wal-Mart") Joint Motion to Suspend All Case Activity as to Wal-Mart Pending Finalization of Settlement. (ECF No. 47). Good cause appearing, the Court **GRANTS** the motion. All activity in this matter is temporarily suspended as to Wal-Mart to enable the parties to conclude resolution of these cases by seeking the Bankruptcy Court's approval of the terms and conditions of

the Settlement.

Also before the Court is Defendant Home Depot U.S.A., Inc. ("Home Depot") and Plaintiff's Joint Motion to Suspend All Case Activity as to Home Depot Pending Potential Settlement and Resolution of Action. (ECF No. 48). Good cause appearing, the Court **GRANTS** the motion. All activity in this matter is temporarily suspended as to Defendant Home Depot.

In addition, the Court **HEREBY ORDERS** Plaintiffs, along with Defendants Wal-Mart and Home Depot, to appear for a status hearing regarding this matter on Thursday, June 6, 2013 at 1:30 p.m.

**IT IS SO ORDERED.**

DATED: March 29, 2013

Honorable Janis L. Sammartino
United States District Judge