# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MONTGOMERY,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>WAL-MART STORES, INC.; KINDERHOOK INDUSTRIES II, L.P.; KINDERHOOK INDUSTRIES, L.L.C.; KINDERHOOK CAPITAL FUND II, L.P.; CRESTWOOD HOLDINGS, INC.; BERGAN, L.L.C.; JOHN ELMBURG; ROBERT ELMBURG; ERIC ELMBURG; ROCKY FLICK; HOME DEPOT U.S.A., INC.; DOES 1 through 20, inclusive,<br><br>　　　　　　Defendants. | CASE NO. 12CV3057 JLS (DHB)<br><br>**ORDER RESETTING HEARINGS**<br><br>(ECF Nos. 29, 31, 40, 41, 42) |

Presently before the Court are Defendant Robert Elmburg's Motion to Dismiss for Lack of Personal Jurisdiction (12(B)(2)), Lack of Standing (12(B)(1)), Failure to State a Claim (12(B)(6)), and Motion to Strike (12(F)) (ECF No. 29); Defendant Rocky Flick's Motion to Dismiss for Lack of Personal Jurisdiction (12(B)(2)), Lack of Standing (12(B)(1)), Failure to State a Claim (12(B)(6)), and Motion to Strike (12(F)) (ECF No. 31); Defendant Bergan, LLC's Motion to Dismiss for Lack of Standing (12(B)(1)), Failure to State a Claim (12(B)(6)), and Motion to Strike (12(F)) (ECF No. 40); Defendant Crestwood Holdings, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction (12(B)(2)), Lack of Standing (12(B)(1)), Failure to State a Claim (12(B)(6))

1 and Motion to Strike (12(F)) (ECF No. 41); and Defendants John Elmburg and Eric
2 Elmburg's Motion to Dismiss for Lack of Personal Jurisdiction (12(B)(2)), Lack of
3 Standing (12(B)(1)), Failure to State a Claim (12(B)(6)), and Motion to Strike (12(F))
4 (ECF No. 42). A hearing on these motions is currently set for April 11, 2013. The
5 Court, on its own motion, **HEREBY VACATES** the hearings and **RESETS** them for
6 Friday, May 31, 2013 at 3:00 p.m.
7     **IT IS SO ORDERED.**
8
9 DATED: April 3, 2013

                                          Honorable Janis L. Sammartino
                                          United States District Judge