## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MONTGOMERY,<br><br>  Plaintiff,<br><br>vs.<br><br>WAL-MART STORES, INC.; KINDERHOOK INDUSTRIES II, L.P.; KINDERHOOK INDUSTRIES, L.L.C.; KINDERHOOK CAPITAL FUND II, L.P.; CRESTWOOD HOLDINGS, INC.; BERGAN, L.L.C.; JOHN ELMBURG; ROBERT ELMBURG; ERIC ELMBURG; ROCKY FLICK; HOME DEPOT U.S.A., INC.; DOES 1 through 20 inclusive,<br><br>  Defendants. | CASE NO. 12CV3057 JLS (DHB)<br><br>**ORDER (1) RESETTING HEARING; AND (2) SETTING BRIEFING SCHEDULE**<br><br>(ECF No. 46) |

  Presently before the Court is Defendants Kinderhook Capital Fund II, L.P., Kinderhook Industries II, L.P., and Kinderhook Industries, LLC's ("Defendants") Motion to Dismiss or, in the Alternative, Stay. (ECF No. 46). The motion was filed on March 25, 2013. A hearing on the motion is currently set for May 2, 2013. The

///
///
///
///

- 1 -

12cv3057

1  Court, on its own motion, **HEREBY VACATES** and **RESETS** that hearing for Friday,
2  May 31, at 3:00 p.m.
3      Plaintiff Michael Montgomery **SHALL FILE** an opposition to the motion on,
4  or before, May 2, 2013. Defendants **SHALL FILE** a reply, if they wish, on, or before,
5  May 9, 2013.
6      **IT IS SO ORDERED**.

8  DATED: April 9, 2013

9  _Janis L. Sammartino_
   Honorable Janis L. Sammartino
10 United States District Judge