# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MONTGOMERY,<br><br>    Plaintiff,<br><br>vs.<br><br>WAL-MART STORES, INC.; KINDERHOOK INDUSTRIES II, L.P.; KINDERHOOK INDUSTRIES, L.L.C.; KINDERHOOK CAPITAL FUND II, L.P.; CRESTWOOD HOLDINGS, INC.; BERGAN, L.L.C.; JOHN ELMBURG; ROBERT ELMBURG; ERIC ELMBURG; ROCKY FLICK; HOME DEPOT U.S.A., INC.; DOES 1 through 20 inclusive,<br><br>    Defendants. | CASE NO. 12CV3057 JLS (DHB)<br><br>**ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION FOR LEAVE TO FILE EXCESS PAGES IN REPLY BRIEF**<br><br>(ECF No. 55) |

Presently before the Court is Defendants John Elmburg, Robert Elmburg, Eric Elmburg, Rocky Flick, Crestwood Holdings, Inc., and Bergan, LLC's Ex Parte Application for Leave to File Excess Pages in Reply Brief. (ECF No. 55). Good cause

///
///
///
///
///

appearing, the Court **GRANTS** the motion. Defendants are permitted to file a 14-page reply brief. *See* CivLR 7.1(h).

    **IT IS SO ORDERED**.

DATED: April 9, 2013

                                           Honorable Janis L. Sammartino
                                           United States District Judge