# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MONTGOMERY,<br><br>                         Plaintiff,<br><br>vs.<br><br>WAL-MART STORES, INC.; KINDERHOOK INDUSTRIES II, LP; KINDERHOOK INDUSTRIES, LLC; KINDERHOOK CAPITAL FUND II, LP; CRESTWOOD HOLDINGS, INC.; BERGAN, L.L.C.; JOHN ELMBURG; ROBERT ELMBURG; ERIC ELMBURG; ROCKY FLICK; HOME DEPOT U.S.A., INC.; and DOES 1 through 20, inclusive,<br><br>                        Defendants. | CASE NO. 12CV3057 JLS (DHB)<br><br>**ORDER GRANTING JOINT MOTION FOR CONTINUANCE OF DUE DATES FOR OPPOSITION PAPERS AND REPLY PAPERS RELATING TO THE KINDERHOOK DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO STAY**<br><br>(ECF No. 59) |

      Presently before the Court is the parties' Joint Motion for Continuance of Due Dates for Opposition Papers and Reply Papers Relating to the Kinderhook Defendants' Motion to Dismiss or, in the Alternative, to Stay. (ECF No. 59). Good cause appearing, the Court **GRANTS** the motion. Plaintiff Michael Montgomery **SHALL**

///
///
///
///

1  **FILE** an opposition <u>on, or before, May 16, 2013</u>.  The Kinderhook Defendants **SHALL**
2  **FILE** a reply, if they wish, <u>on, or before, May 23, 2013</u>.
3        **IT IS SO ORDERED.**

5  DATED:  April 30, 2013

6  _____
   Honorable Janis L. Sammartino
7  United States District Judge