# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MONTGOMERY,<br><br>　　　　　　　　　　Plaintiff,<br>vs.<br>WAL-MART STORES, INC.; KINDERHOOK INDUSTRIES II, LP; KINDERHOOK INDUSTRIES, LLC; KINDERHOOK CAPITAL FUND II, LP; CRESTWOOD HOLDINGS, INC.; BERGAN, L.L.C.; JOHN ELMBURG; ROBERT ELMBURG; ERIC ELMBURG; ROCKY FLICK; HOME DEPOT U.S.A., INC., AND DOES 1-20, INCLUSIVE,<br><br>　　　　　　　　　　Defendants. | CASE NO. 12CV3057 JLS (DHB)<br>**ORDER VACATING HEARINGS**<br>(ECF Nos. 29, 31, 40, 41, 42) |

Presently before the Court are Defendant Robert Elmburg's Motion to Dismiss for Lack of Personal Jurisdiction (12(B)(2)), Lack of Standing (12(B)(1)), Failure to State a Claim (12(B)(6)), and Motion to Strike (12(F)), (ECF No. 29), Defendant Rocky Flick's Motion to Dismiss for Lack of Personal Jurisdiction (12(B)(2)), Lack of Standing (12(B)(1)), Failure to State a Claim (12(B)(6)), and Motion to Strike (12(F)), (ECF No. 31), Defendant Bergan, L.L.C.'s Motion to Dismiss for Lack of Standing (12(B)(1)), Failure to State a Claim (12(B)(6)), and Motion to Strike (12(F)), (ECF No. 40), Defendant Crestwood Holdings, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction (12(B)(2)), Lack of Standing (12(B)(1)), Failure to State a Claim (12(B)(6))

1  and Motion to Strike (12(F)), (ECF No. 41), and Defendants John Elmburg and Eric
2  Elmburg's Motion to Dismiss for Lack of Personal Jurisdiction (12(B)(2)), Lack of
3  Standing (12(B)(1)), Failure to State a Claim (12(B)(6)) and Motion to Strike (12(F))
4  (ECF No. 42).  The motion hearings set for May 31, 2013 are **HEREBY VACATED**
5  and the matters are taken under submission without oral argument pursuant to Civil
6  Local Rule 7.1(d)(1).
7      **IT IS SO ORDERED.**
8
9  **DATED:  May 21, 2013**

                                  **Honorable Janis L. Sammartino**
                                  **United States District Judge**