1

2

3

4

5

6

7

8 **UNITED STATES DISTRICT COURT**

9 **SOUTHERN DISTRICT OF CALIFORNIA**

10 MICHAEL MONTGOMERY,                              CASE NO. 12CV3057 JLS (DHB)

11                                    Plaintiff,    **ORDER GRANTING JOINT**
                                                    **MOTION FOR CONTINUANCE OF**
12      vs.                                         **DUE DATES FOR OPPOSITION**
                                                    **PAPERS, REPLY PAPERS AND**
13                                                  **HEARING DATE OF THE**
                                                    **KINDERHOOK DEFENDANTS'**
14 WAL-MART STORES, INC.;                           **MOTION TO DISMISS OR, IN THE**
   KINDERHOOK INDUSTRIES II, LP;                    **ALTERNATIVE, TO STAY**
15 KINDERHOOK INDUSTRIES, LLC;
   KINDERHOOK CAPITAL FUND II,                      (ECF No. 61)
16 LP; CRESTWOOD HOLDINGS,
   INC.; BERGAN, L.L.C.; JOHN
17 ELMBURG; ROBERT ELMBURG;
   ERIC ELMBURG; ROCKY FLICK;
18 HOME DEPOT U.S.A., INC., AND
   DOES 1-20, INCLUSIVE,
19
                                   Defendants.
20

21

22      Presently before the Court is the parties' Joint Motion for Continuance of Due

23 Dates for Opposition Papers, Reply Papers, and Hearing Date of the Kinderhook

24 Defendants' Motion to Dismiss or, in the Alternative, to Stay.  (ECF No. 61).  Good

25 cause appearing, the Court **GRANTS** the motion.  Plaintiff Michael Montgomery

26 **SHALL FILE** an opposition to the Kinderhook Defendants' motion on, or before, May

27 ///

28 ///

///

- 1 -                                                        12cv3057

1  30, 2013.  The Kinderhook Defendants **SHALL FILE** a reply, if they wish, on, or
2  before, June 6, 2013.  The motion will be heard on Friday, June 21, 2013 at 3:00 p.m.
3          **IT IS SO ORDERED.**
4
5  **DATED:  May 23, 2013**
6                                              **Honorable Janis L. Sammartino**
7                                              **United States District Judge**
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 2 -                                                                 12cv3057