**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL MONTGOMERY,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br><br>WAL-MART STORES, INC.; KINDERHOOK INDUSTRIES II, LP; KINDERHOOK INDUSTRIES, LLC; KINDERHOOK CAPITAL FUND II, LP; CRESTWOOD HOLDINGS, INC.; BERGAN, L.L.C.; JOHN ELMBURG; ROBERT ELMBURG; ERIC ELMBURG; ROCKY FLICK; HOME DEPOT U.S.A., INC.; DOES 1-20, inclusive,<br><br>　　　　　　　　　Defendants. | CASE NO. 12CV3057 JLS (DHB)<br><br>**ORDER GRANTING JOINT MOTION FOR CONTINUANCE OF DUE DATES FOR OPPOSITION PAPERS AND REPLY PAPERS AND FOR CONTINUANCE OF HEARING DATE OF THE KINDERHOOK DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO STAY**<br><br>(ECF No. 64) |

　　　　Presently before the Court is the parties' Joint Motion for Continuance of Due Dates for Opposition Papers and Reply Papers and for Continuance of Hearing Date of the Kinderhook Defendants' Motion to Dismiss or, in the Alternative, to Stay. (ECF No. 64). Good cause appearing, the Court **GRANTS** the motion.

　　　　Plaintiff Michael Montgomery **SHALL FILE** an opposition to the Kinderhook Defendants' motion on, or before, July 12, 2013. The Kinderhook Defendants **SHALL FILE** a reply, if they wish, on, or before, July 19, 2013. The hearing of the Kinderhook

1  Defendants' motion will take place on Friday, August 2, 2013, at 3:00 p.m.

2        The parties have now requested three extensions of time, all of which have been granted by the Court.  No further requests for extension of time shall be entertained in this matter.

5  **IT IS SO ORDERED.**

7  DATED: May 31, 2013

                                            _Janis L. Sammartino_
                                            Honorable Janis L. Sammartino
                                            United States District Judge