Paul B. La Scala (SBN: 186939)
plascala@shb.com
Darth K. Vaughn (SBN: 253276)
dkvaughn@shb.com
SHOOK, HARDY & BACON L.L.P.
Jamboree Center
5 Park Plaza, Suite 1600
Irvine, California 92614-2546
Telephone: 949-475-1500
Facsimile: 949-475-0016

Attorneys for Defendant
Wal-Mart Stores, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MONTGOMERY, <br><br> Plaintiff, <br><br> vs. <br><br> WAL-MART STORES, INC.; KINDERHOOK INDUSTRIES II, L.P.; KINDERHOOK INDUSTRIES, L.L.C.; KINERHOOK CAPITAL FUND II, L.P.; CRESTWOOD HOLDINGS, INC.; BERGAN, L.L.C.; JOHN ELMBURG; ROBERT ELMBURG; ERIC ELMBURG; ROCKY FLICK; HOME DEPOT U.S.A., INC.; and Does 1 through 20, inclusive, <br><br> Defendants. | Case No. 12-CV-3057-JLS (DHB) <br> Hon. Janis L. Sammartino <br> Courtroom 3B <br><br> **JOINT MOTION TO CONTINUE THE JUNE 6, 2013 STATUS CONFERENCE PENDING FINALIZATION OF SETTLEMENT** <br><br> ([Proposed] Order Submitted Concurrently Herewith) <br><br> Complaint Filed: December 24, 2012 |

Pursuant to Local Rule 7.2 of the Civil Local Rules, Plaintiff Michael Montgomery, Defendant Home Depot U.S.A., Inc. ("Home Depot"), and Defendant Wal-Mart Stores, Inc. ("Wal-Mart") (collectively, "the Parties"), by and through their respective attorneys, submit this Emergency Joint Motion to Continue the June 6, 2013 Status Conference Pending Finalization of Settlement of this case and would show as follows:

1. Blitz U.S.A., Inc. ("Blitz"), the alleged manufacturer of the portable consumer gasoline container at issue in this case, filed for bankruptcy protection in the United States Bankruptcy Court for the District of Delaware, under Chapter 11 of the United States Bankruptcy Code. Plaintiff has a separate action pending against Blitz in this Court (*Montgomery v. Blitz U.S.A., Inc. et al*, 11-cv-999 JLS (DHB)). Plaintiff's claims against Blitz have been stayed under 11 U.S.C. § 362(a) and now constitute claims in the Bankruptcy Court.

2. On March 29, 2013, the Court granted the parties' Joint Motions to Suspend All Case Activity as to Home Depot and Wal-Mart. [ECF No. 52]

3. Plaintiff and Wal-Mart have participated in a number of mediation sessions with Blitz and its carriers in an effort to resolve all of the pending lawsuits across the nation related to injuries allegedly caused by portable consumer gasoline containers manufactured by Blitz.

4. The creditors committee in the Blitz U.S.A., Inc. bankruptcy along with Blitz U.S.A., Inc.'s insurers and Wal-Mart have continued to meet frequently to work on details of settlement. The parties have made good progress. A hearing was held on Friday, May 24, 2013, in the Blitz Delaware bankruptcy case during which the parties reported that they are closer to the completion of a settlement agreement. Upon completion, the settlement agreement will be presented to the Bankruptcy Court.

5. The Court has continued a hearing in this matter on the Kinderhook Defendants' Motion to Dismiss to August 2, 2013, at 3 p.m. [ECF No. 65]

For all of the foregoing reasons the Parties respectfully jointly request a continuance of the June 6, 2013 status conference to August 2, 2013.

137661 V1

## **ECF CERTIFICATION**

Pursuant to section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I, Paul B. La Scala, certify that the content of this document is acceptable to the undersigned counsel of record to affix his or her electronic signature hereto.

Dated:  June 5, 2013              SHOOK HARDY & BACON L.L.P.

                                  By:   /S/ PAUL B. LA SCALA
                                          Paul B. La Scala
                                          Attorneys for Defendant Wal-Mart
                                          Stores, Inc.

Dated:  June 5, 2013              FERGUSON CASE ORR PATERSON L.L.P.

                                  By:       /S/ DAVID L. SHAIN
                                              David L. Shain
                                          Attorneys for Plaintiff Michael
                                          Montgomery

Dated:  June 5, 2013              GOODMAN NEUMAN HAMILTON LLP
                                  By:       /S/ PAVAN ROSATI
                                              Pavan Rosati
                                          Attorneys for Defendant Home Depot
                                          U.S.A., Inc.

137661 V1