# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MONTGOMERY,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>WAL-MART STORES, INC.; KINDERHOOK INDUSTRIES II, LP; KINDERHOOK INDUSTRIES, LLC; KINDERHOOK CAPITAL FUND II, LP; CRESTWOOD HOLDINGS, INC.; BERGAN, L.L.C.; JOHN ELMBURG; ROBERT ELMBURG; ERIC ELMBURG; ROCKY FLICK; HOME DEPOT U.S.A., INC.; DOES 1-20, inclusive,<br><br>　　　　　　　　　　Defendants. | CASE NO. 12CV3057 JLS (DHB)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE THE JUNE 6, 2013 STATUS CONFERENCE PENDING FINALIZATION OF SETTLEMENT**<br><br>(ECF No. 66) |

Presently before the Court is the parties' Joint Motion to Continue the June 6, 2013 Status Conference Pending Finalization of Settlement. (ECF No. 66). Good cause appearing, the Court **GRANTS** the motion. The status hearing is continued until Friday, August 2, 2013 at 3:00 p.m.

　　**IT IS SO ORDERED**.

DATED: June 5, 2013

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Honorable Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge