# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MONTGOMERY,<br><br>        Plaintiff,<br><br>  vs.<br><br>WAL-MART STORES, INC.; KINDERHOOK INDUSTRIES II, LP; KINDERHOOK INDUSTRIES, LLC; KINDERHOOK CAPITAL FUND II, LP; CRESTWOOD HOLDINGS, INC.; BERGAN, L.L.C.; JOHN ELMBURG; ROBERT ELMBURG; ERIC ELMBURG; ROCKY FLICK; HOME DEPOT U.S.A., INC.; DOES 1-20, inclusive,<br><br>        Defendants. | CASE NO. 12CV3057 JLS (DHB)<br><br>**ORDER (1) GRANTING JOINT MOTION TO SUSPEND ALL CASE ACTIVITY AS TO DEFENDANTS KINDERHOOK INDUSTRIES II, LP, KINDERHOOK INDUSTRIES, LLC AND KINDERHOOK CAPITAL FUND II, LP PENDING POTENTIAL SETTLEMENT AND RESOLUTION OF ACTION; AND (2) CONTINUING STATUS CONFERENCE**<br><br>(ECF No. 69) |

   Presently before the Court is the Joint Motion of Plaintiff Michael Montgomery ("Plaintiff") and Defendants Kinderhook Industries II, LP, Kinderhook Industries, LLC and Kinderhook Capital Fund II, LP (collectively, the "Kinderhook Defendants"), to suspend all case activity as to the Kinderhook Defendants pending potential settlement and resolution of the action. (ECF No. 69).

   Good cause appearing, the Court **GRANTS** the motion. All activity in this matter is temporarily suspended as to the Kinderhook Defendants to enable Plaintiff and

the Kinderhook Defendants to conclude their settlement by seeking the Bankruptcy Court's approval of the terms and conditions of the parties' Term Sheet outlining a potential settlement.

Furthermore, the status conference in this matter, currently set for August 2, 2013 is re-set for November 7, 2013 at 1:30 p.m.

**IT IS SO ORDERED.**

DATED: July 31, 2013

*Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge