IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MONTGOMERY,<br>Plaintiff,<br>vs.<br>WAL-MART STORES, INC., et al.<br>Defendants. | Case No. 3-12-cv-3057-AJB-DHB<br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br>**(Doc. No. 287)** |

Pursuant to the Stipulation for Dismissal filed on behalf of Plaintiff, Michael Montgomery and Defendant Home Depot U.S.A., Inc.

IT IS HEREBY ORDERED THAT this matter is dismissed with prejudice. The April 29, 2016 Settlement Disposition Conference is hereby vacated.

IT IS SO ORDERED.

Dated: April 22, 2016

Hon. Anthony J. Battaglia
United States District Judge